**Opinion filed March 16, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00138-CV

_____

## 2008 LEXUS, TX LIC NO KTD3353, VIN NO 2T2HK31U48C095370 AND ONE THOUSAND EIGHT DOLLARS ($1,008.00) UNITED STATES CURRENCY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-21-11-1248-CV**

### M E M O R A N D U M   O P I N I O N

Princewill Azuburike Tata, pro se, filed this restricted appeal from a default judgment of forfeiture. However, Tata has failed to file a brief in this appeal. Appellant's brief was originally due to be filed in this court on or before September 14, 2022. After granting two motions for extension and extending the due date for Appellant's brief to December 30, 2022, this court notified Tata on January 6, 2023, that Appellant's brief was past due. On our own motion, we

extended the deadline to February 14, 2023, and informed Tata that the failure to timely mail or file Appellant's brief by February 14 "will be grounds for dismissing the appeal for want of prosecution." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). As of this date, Tata has not filed a brief, nor has Tata requested another extension of time in which to file the brief. Based upon Tata's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

March 16, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.